**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60100 (Singhal)

FILED BY NJC D.C.

Aug 17, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**NATIONAL LABOR RELATIONS BOARD,**

    Petitioner,

    v.

**ALLIED MEDICAL TRANSPORT, INC.,**

    Respondent-Debtor,

**EXECUTIVE RIDE TRANSPORT, INC.
TRANSPORTATION SPECIALIST GROUP, INC.
EXECUTIVE RIDE GROUP, LLC
WAYNE ROWE, an individual,**

    Additional Respondent-Debtors,

    and

**SUNTRUST BANKS, INC.
JPMORGAN CHASE BANK, N.A.**

    Garnishees.

**UNOPPOSED MOTION OF PETITIONER NATIONAL LABOR RELATIONS BOARD
TO UNSEAL CASE AND MEMORANDUM IN SUPPORT**

    The National Labor Relations Board ("Board") moves for an order unsealing documents in this case and restoring these records to the public docket.[1] This matter was initially sealed on

---

[1] Following payment of the final installment of amounts owed to the Board, on January 5, 2021, the parties jointly moved to terminate this Court's Protective Restraining Order and the Writ attaching certain real property of Respondents, and for dismissal of this collection action pursuant to 28 U.S.C. § 3205(10)(c) and the parties' previous Stipulation and Order of Settlement entered by the Court. To date we have received no indication as to the status of this motion.

1

the Board's motion to prevent Respondents from concealing or transferring assets that could be used to satisfy monetary obligations owing to the Board before the Court could consider the Board's requests for post-judgment collections remedies.

Because the financial obligations of Respondents in this collections action have been satisfied, and the purpose of sealing this case no longer exists, it is appropriate to unseal the case. *See, e.g., Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) (holding that "[o]nce a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . the court file must remain accessible to the public); *United States v. Johnson*, No. 10-60330-CR-ZLOCH, 2011 WL 1584320, at *2 (S.D. Fla. Apr. 26, 2011) (finding matter properly unsealed where the reason for sealing no longer existed).

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)

I certify I have conferred with counsel for Respondent regarding the relief sought in this motion and Respondent does not oppose the Motion.

Respectfully Submitted,

**NATIONAL LABOR RELATIONS BOARD**


s/David P. Boehm
DAVID P. BOEHM
D.C. Bar No. 133755
Trial Attorney
Contempt, Compliance, and
 Special Litigation Branch
National Labor Relations Board
1015 Half Street, Southeast
Washington, District of Columbia

20570  
Phone: 202-273-4202  
Email: david.boehm@nlrb.gov  
Dated:   August 17, 2021  
         Washington, D.C.